IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>BARRON SLOAN HENDERSON,<br><br>               Defendant. | ORDER CORRECTING<br><br>REAL PROPERTY DESCRIPTION<br><br>IN SIXTH PRELIMINARY<br><br>ORDER OF FORFEITURE |

UPON THE MOTION of the United States, the Court, pursuant to Fed. R. Crim. P. 60(a) (Corrections Based on Clerical Mistakes; Oversights and Omissions) corrects the description of the real property known as "140 Shadow Lane" in the Sixth Preliminary Order of Forfeiture to read:

> 140 Shadow Lane, Lyman, South Carolina, being lots 74 and 75 of the Lettie Henson Estate, 4.9 acres, more or less, as described in a deed at Book 65Z, Page 311, and in a deed at Book 75G, Page 470, of the Land Registry of Spartanburg County, South Carolina.

IT IS SO ORDERED

This the 1st day of May, 2012.

THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT COURT JUDGE